

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2015

No. 04-15-00003-CV

**IN THE INTEREST OF J.M.-H.,** Children,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00209
Honorable Richard Garcia, Judge Presiding

## O R D E R

The reporter's record was due January 20, 2014, but was not filed.[1] The court reporter, Angie Jimenez, is reminded that, by statute, this appeal is accelerated, and is to take precedence over other matters. TEX. FAM. CODE ANN. § 109.002(a) (West 2014).

We **ORDER** Angie Jimenez, the court reporter, to file the reporter's record on or before **February 2, 2015**. The reporter is reminded that strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights. With regard to the appellate record, appellate courts may not grant more than 30 days *cumulatively* with regard to extensions of time for the reporter's record in a termination appeal. TEX. R. APP. P. 28.4(b)(2).

We further order the clerk of this court to serve a copy of this order on all counsel, the court reporter, and the trial court. The order is being served on the trial court because pursuant to Rule 28.4(b) of the Texas Rules of Appellate Procedure, the trial court is required to direct the responsible reporter to immediately commence the preparation of the record once an appeal is filed, and if necessary, arrange for a substitute reporter to allow the responsible reporter to complete the record relating to the termination. TEX. R. APP. P. 28.4(b)(1).

_Marialyn Barnard_
Marialyn Barnard, Justice

---

[1] The clerk's record show the reporter's record was requested by appellant on January 5, 2015. In the request, appellant asserts the record is due January 15, 2015. This is incorrect. Admittedly, appellant filed his notice of appeal on January 5, 2015, making it appear as if the record was due ten days later on January 15, 2015. However, appellant filed a request for de novo review, and the district judge's order adopting the associate judge's report and order was not signed until January 9, 2015, and it is the relevant order for purposes of appellate deadlines. Accordingly, the reporter's record was due ten days later, i.e., January 19, 2015; however, January 19, 2015, was a state holiday, and therefore, the record was due January 20, 2015.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2015.

Keith E. Hottle
Clerk of Court